NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000661**
**10-DEC-2015**
**09:37 AM**

NO. CAAP-15-0000661


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SAPIGAO CONSTRUCTION, INC., a Hawaii corporation,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
ALLIED PACIFIC BUILDERS, INC. and WILLIE ALICAR,
Defendants/Counterclaim-Plaintiffs/Appellnts,
and
DOE DEFENDANTS 1-25, Defendants

---

ALLIED PACIFIC BUILDERS, INC., a Hawaii corporation
and WILLIE ALICAR, Third-Party Plaintiffs/Appellants,
v.
FRACISCO B. SAPIGAO, JR., CHARIZA B. SAPIGAO,
and RAUL B. SAPIGAO, Third-Party Defendants/Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1689-06)

ORDER APPROVING THE NOVEMBER 30, 2015
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal
of Appeal *With Prejudice* as to the Notice of Appeal Filed
September 9, 2015" (emphasis in original), filed November 30,
2015, by Defendants/Counterclaim-Plaintiffs/Third-Party-
Plaintiffs/Appellants Allied Pacific Builders, Inc., and Willie
Alicar, the papers in support, and the record, it appears that

(1) the appeal was docketed on November 9, 2015; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi, **December 10, 2015.**

Presiding Judge

Associate Judge

Associate Judge